UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON V. MOSLEY, | No. 2:16-cv-0486 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 9, 2019, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 46. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 9, 2019 (ECF No. 46) are ADOPTED in full,

     2. Defendants' motion for summary judgment, filed October 5, 2017 (ECF No. 33), is GRANTED, and

     3. This action is DISMISSED without prejudice pursuant to <u>McKinney v. Carey</u>, 311 F.3d 1198, 1200-1201 (9th Cir. 2002) (per curiam).

DATED: September 28, 2020            /s/ John A. Mendez
                                                HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE